# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of May, two thousand and fifteen.

Before: Debra Ann Livingston,
        *Circuit Judge.*

_____

Brittany Medinger, *et al.*,

    *Plaintiffs-Appellants,*

v.

Bayer Healthcare Pharmaceuticals Incorporated,

Does, 1-10, Bayer Oy, Bayer Pharma AG,

    *Defendants-Appellees.*

_____

Jessica Piscionere,

    *Plaintiff-Appellant,*

v.

Bayer Healthcare Pharmaceuticals Incorporated, Does, 1-10,

    *Defendants-Appellees.*

_____

**ORDER**

Docket Nos.   15-355(L)
                  15-356(Con)
                  15-357(Con)
                  15-358(Con)
                  15-360(Con)

                  15-361(Con)
                  15-362(Con)
                  15-363(Con)
                  15-364(Con)
                  15-372(Con)
                  15-373(Con)
                  15-382(Con)

Docket No. 15-383

    Appellant Jessica Piscionere moves for consolidation of her appeal docketed under 15-383 with the consolidated appeals in 15-355(L).

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                            For the Court:

                                            Catherine O'Hagan Wolfe,
                                            Clerk of Court

