# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

June 22, 2015

Catherine O'Hagan Wolfe
Clerk of the Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Transcript Update Letter for*
              *Brittany Medinger, et. al. v. Bayer HealthCare*
              *Pharmaceuticals, Inc., et al.*, Docket No.: 15-355;
              15-356; 15-357;15-358; 15-360; 15-361; 15-362;
              15-363; 15-364; 15-372; 15-373; 15-382; 15-383; 15-386;
              15-389; 15-390; 15-392

Dear Ms. O'Hagan Wolfe,

The official transcript for the April 2, 2014 case management court proceedings was posted and has been prepared by the court reporter. However, Appellant has *twice* submitted requests to the court reporter's office regarding the official transcripts for the January 22, 2013 status conference and June 10, 2014 oral argument hearing in the underlying court and unfortunately still does not have an anticipated date of completion for those. Appellants will immediately notify the Court upon receipt of all transcripts.

Respectfully submitted,

/s/Richard L. Kellner
Richard L. Kellner

Lina B. Melidonian
Kabateck Brown Kellner, LLP
Counsel for Plaintiff-Appellant