# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

August 10, 2015,

Catherine O'Hagan Wolfe
Clerk of the Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    [Proposed] Scheduling Notification
               *Brittany Medinger, et. al. v. Bayer HealthCare Pharmaceuticals, Inc., et al.*, Docket No.: 15-355; 15-356; 15-357;15-358; 15-360; 15-361; 15-362; 15-363; 15-364; 15-372; 15-373; 15-382; 15-383; 15-386; 15-389; 15-390; 15-392

Pursuant to Local Rule 31.2, Plaintiffs have now received all transcripts and request that Plaintiffs' opening brief be due November 4, 2015. This date is within 91 days of the ready date.

Respectfully submitted,

/s/Richard L. Kellner
Richard L. Kellner
Lina B. Melidonian
Kabateck Brown Kellner, LLP
Counsel for Plaintiffs-Appellants